UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DONNA SCHUTTE,

      Plaintiff,

                                           Case No: 2:21-cv-00204

   v.

CIOX HEALTH, LLC, et al.,

      Defendants.

## PLAINTIFF'S MOTION FOR REMAND

PLEASE TAKE NOTICE that the plaintiff Donna Schutte by her attorneys Cannon & Dunphy, S.C., hereby moves this Court pursuant to 28 U.S.C. §1447(c) and 28 U.S.C. § 1332(d)(4)(A) to remand this matter back to the Waukesha County Circuit Court, State of Wisconsin. This Motion is based upon the entire record in this action, including the Plaintiff's Brief In Support of Motion for Remand and the Affidavit of Brett A. Eckstein.

Dated at Brookfield, Wisconsin this 19th day of March, 2021.

                                       **CANNON & DUNPHY, S.C.**
                                       Attorneys for Plaintiff

                               By:    *s/Brett A. Eckstein*
                                       Brett A. Eckstein
                                       State Bar No. 1036964
                                       Allan M. Foeckler
                                       State Bar No. 1031396
                                       Edward E. Robinson
                                       State Bar No. 01025122

**P.O. ADDRESS:**
595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750
Telephone: (262) 796-3702
Facsimile: (262) 796-3712