# EXHIBIT 3

# Waukesha County Case Number 2018CV001829 THOMAS FOTUSKY vs. EBIX, INC. et al

## Case summary

| Filing date | Case type | Case status |
|---|---|---|
| 10-10-2018 | Civil | Open - Electronic filing |

| Class code description | Responsible official | Branch ID |
|---|---|---|
| Money Judgment | Carter, Lloyd V | 4 |

### Party summary

| Party type | Party name | Party status |
|---|---|---|
| Plaintiff | FOTUSKY, THOMAS | |
| Defendant | EBIX, INC. | Dismissed |
| Defendant | PROHEALTH CARE, INC. | |

---

## Parties

### Plaintiff: FOTUSKY, THOMAS

| Date of birth | Sex | Race |
|---|---|---|
| | | |

**Address (last updated 01-30-2018)**

716 Saint Johns Drive, Delafield, WI 53018 US

#### Attorneys

| Attorney name | Guardian ad litem | Entered |
|---|---|---|
| Welcenbach, Robert J | No | 01-30-2018 |
| Borison, Scott C | No | 03-02-2018 |
| Jones, John Craig | No | 03-07-2018 |

### Defendant: EBIX, INC. - Dismissed

| Date of birth | Sex | Race |
|---|---|---|
| | | |

**Address (last updated 01-30-2018)**

c/o Brian J Nelson, 6400 Industrial Loop, Greendale, WI 53129 US

#### Attorneys

| Attorney name | Guardian ad litem | Entered | Withdrawn |
|---|---|---|---|
| Baumann, Jennifer Geller | No | 03-20-2018 | 11-10-2020 |
| LoCoco, Lora | No | 03-20-2018 | 11-10-2020 |

**Defendant: PROHEALTH CARE, INC.**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 01-30-2018)**
C T Corporation System - Registered Agent, 301 S. Bedford St. Suite 1, Madison, WI 53703 US

**Attorneys**

| Attorney name | Guardian ad litem | Entered |
|---|---|---|
| Johnson, Terry E. | No | 03-30-2018 |

---

## Court activities

| Date | Time | Location | Description | Type | Court official |
|---|---|---|---|---|---|
| 05-24-2021 | 02:00 pm | Courtroom C295 | Motion hearing | Court | Carter, Lloyd V |

## Court record

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 03-05-2021 | Brief of plaintiff | | | |

**Additional text:**

Plaintiff's Reply to Defendant's Opposition to the Plaintiff's Motion to Certify a Class, filed by Atty Welcenbach.

| | | | | |
|---|---|---|---|---|
| 03-05-2021 | Other papers | | | |

**Additional text:**

Copy of the 7th Circuit Court of Appeals decision in Smith v. Recordquest, filed by Atty Welcenbach.

| | | | | |
|---|---|---|---|---|
| 03-05-2021 | Affidavit | | | |

**Additional text:**

Affidavit of Robert Welcenbach Dated March 5, 2021, filed by Atty Welcenbach.

| | | | | |
|---|---|---|---|---|
| 03-05-2021 | Letters/correspondence | | | |

**Additional text:**

Cover letter dated 03/05/2021, filed by Atty Welcenbach re: reply brief filings.

| | | | | |
|---|---|---|---|---|
| 02-19-2021 | Brief | | | |

**Additional text:**

in Opposition to Motion for Class Certification filed by Attorney Johnson

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 1

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 2

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 3

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 4

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 5

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 6

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 7

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 8

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 9

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 10

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 11

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 12

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 13

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 14

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 15

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 16

Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
|  | Opposition to Plaintiff's Motion for Class Certification - Part 17 |  |  |  |
|  | Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 18 |  |  |  |
|  | Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 19 |  |  |  |
|  | Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 20 |  |  |  |
|  | Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 21 |  |  |  |
|  | Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 22 |  |  |  |
|  | Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 23 |  |  |  |
|  | Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 24 |  |  |  |
|  | Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 25 |  |  |  |
|  | Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 26 |  |  |  |
|  | Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 27 |  |  |  |
|  | Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 28 |  |  |  |
|  | Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 29 |  |  |  |
|  | Appendix of Non-Wisconsin Authorities in Support of Defendant Prohealth Care, Inc.'s Brief in Opposition to Plaintiff's Motion for Class Certification - Part 30 |  |  |  |
| 02-19-2021 | Affidavit |  |  |  |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

of Terry E. Johnson in Opposition to Class Certification filed by Attorney Johnson

Exhibit A to Affidavit of Terry E. Johnson - Final Approval Order and Judgment Approving Class Action Settlement, filed by Attorney Johnson

Exhibit B to Affidavit of Terry E. Johnson - Class Action Settlement Agreement, filed by Attorney Johnson

**02-12-2021**   Notice of hearing

**Additional text:**

Motion hearing on May 24, 2021 at 02:00 pm.

**02-01-2021**   Scheduling order                              Carter, Lloyd V

**Additional text:**

Order on Briefing Schedule. Signed by Judge Carter on 01/31/2021.

**01-29-2021**   Proposed Order

**Additional text:**

Proposed Order on Briefing Scheduled, filed by Atty Welcenbach.

**01-29-2021**   Letters/correspondence

**Additional text:**

Cover letter dated 01/29/2021, filed by Atty Welcenbach re: briefing schedule.

**01-29-2021**   Stipulation

**Additional text:**

Stipulation on Briefing Schedule, Filed by Atty Welcenbach.

**01-14-2021**   Proposed Order

**Additional text:**

Proposed Decision and Order, filed by Atty Welcenbach.

**01-14-2021**   Other papers

**Additional text:**

Declaration of Scott C. Borison. Filed by Atty Welcenbach.

**01-14-2021**   Affidavit

**Additional text:**

Affidavit of Thomas Futosky. Filed by Atty Welcenbach.

**01-14-2021**   Motion

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Plaintiff's Motion to Certify a Class Against Defendant Prohealth Care Inc. Under Wis. Stat. 803.08. Filed by Atty Welcenbach.

01-14-2021   Other papers

**Additional text:**

Declaration of Robert J. Welcenbach, filed by Atty Welcenbach.

01-14-2021   Other papers

**Additional text:**

Declaration of J. Craig Jones, filed by Atty Welcenbach.

01-14-2021   Letters/correspondence

**Additional text:**

Letter, dated 01/14/2021, from Atty Welcenbach, re: enclosures.

**Reviewed by Judge Carter on 01/15/2021: Parties to submit a briefing schedule.**

12-23-2020   Order     Carter, Lloyd V

**Additional text:**

Meet and Confer Order Regarding Scheduling. Signed by Judge Michael Bohren, Judge Lloyd Carter, and Judge Ralph Ramirez on October 26, 2020.

12-23-2020   Answer

**Additional text:**

Defendant Prohealth Care, Inc.'s Answer to Complaint, filed by Atty Johnson.

11-24-2020   Order     Carter, Lloyd V

**Additional text:**

Order Denying Defendant's Motion to Dismiss. Signed by Judge Carter on 11/24/2020.

11-23-2020   Transcript

**Additional text:**

Transcript received and filed for the following date and event: 11/10/2020 Decision before Judge Carter.

11-12-2020   Proposed Order

**Additional text:**

Proposed Order Denying Defendant's Motion to Dismiss, filed by Atty Welcenbach. 10 day hold.

11-12-2020   Letters/correspondence

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Cover letter dated 11/12/2020, filed by Atty Welcenbach re: proposed order denying the motion to dismiss.

| | | | | |
|------|-------|----------------|----------------|--------|
| 11-10-2020 | Video conferencing | Carter, Lloyd V | | |
| 11-10-2020 | Oral ruling | Carter, Lloyd V | Humpal, Cheryl | |

**Additional text:**

10:03 AM

Hearing is remote via zoom due to COVID-19 precautions.

 Attorney Scott C Borison appeared by video means for Plaintiff THOMAS FOTUSKY. Attorney Terry E. Johnson appeared by video means for Defendant PROHEALTH CARE, INC.. Attorney John Craig Jones appeared by video means for Plaintiff THOMAS FOTUSKY. Attorney Richard Welcenbach for  Robert J Welcenbach appeared by video means for Plaintiff THOMAS FOTUSKY.

Case called for oral ruling.

Atty Robert Welcenbach now appears. Attorney Richard Welcenback leaves hearing.

Court makes inquiries to counsel if they have any input before the court proceeds with its oral ruling.

For reasons stated on the record, Court denies pro-health care's motion to dismiss. Plaintiff to draft order under 10 day rule.

No answer filed by pro-health care on original complaint. Atty Johnson states that answer will be filed within 30 days. A meet and confer order will be issued upon answer being filed.  Check Case scheduled for December 10, 2020.

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-29-2020 | Notice of hearing | | | |

**Additional text:**

Oral ruling on November 10, 2020 at 10:00 am.

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-29-2020 | Notice of hearing | | | |

**Additional text:**

Oral ruling on November 10, 2020 at 10:00 am.

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-29-2020 | Motion hearing | Carter, Lloyd V | Humpal, Cheryl | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
|      | **Additional text:** | | | |

01:59 PM   The parties agreed to have the hearing conducted remotely under the Standing
COVID-19 Order requirements. This hearing has met the statutory standards for video
conferencing.
Attorney Robert J Welcenbach appeared by ZOOM means for Plaintiff THOMAS FOTUSKY.
Attorney Scott C Borison appeared by ZOOM means for Plaintiff THOMAS FOTUSKY.   Attorney
Terry E. Johnson appeared by ZOOM means for Defendant PROHEALTH CARE, INC..
Attorney John Craig Jones appeared by ZOOM means for Plaintiff THOMAS FOTUSKY.   Case
is called for motion to dismiss.  Statements by Attorney Johnson regarding motion to dismiss.
Statements by Attorney Borison-requests dismissal of motion to dismiss.
Court takes matter under advisement.  Court set oral decision - to be conducted by ZOOM.  Oral
ruling scheduled for November 10, 2020 at 10:00 am.

| 09-21-2020 | Notice of hearing | | | |
|      | **Additional text:** | | | |

Motion hearing on September 29, 2020 at 02:00 pm.

| 08-05-2020 | Notice of assignment of judge | | | |
| 08-05-2020 | Notes | | | |
|      | **Additional text:** | | | |

Effective August 3, 2020, this case is assigned to Branch 4, the Honorable Lloyd V. Carter,
pursuant to 20-SO-01 (67)

| 07-31-2020 | Judicial transfer | Carter, Lloyd V | | |
| 07-13-2020 | Notice of hearing | | | |
|      | **Additional text:** | | | |

Motion hearing on September 29, 2020 at 02:00 pm.

| 07-13-2020 | Video conferencing | Domina, William J. | | |
| 07-13-2020 | Status conference | Domina, William J. | | |
|      | **Additional text:** | | | |

Matter not held on the record, the following appeared via zoom: Attorney Scott C Borison
appeared by zoom video means for Plaintiff THOMAS FOTUSKY. Attorney Terry E. Johnson
appeared by zoom video means for Defendant PROHEALTH CARE, INC.. Attorney John Craig
Jones appeared by zoom video means for Plaintiff THOMAS FOTUSKY. Attorney Robert J
Welcenbach appeared by zoom video means for Plaintiff THOMAS FOTUSKY.

Update provided by Atty. Johnson, Atty. Johnson requests scheduling order.  Atty. Welcenbach
notes motion to dismiss has been briefed as of spring 2019.  Paties agree matter just needs a
hearing date.
Court notes an answer was never filed by Atty. Johnson.  Court will issue scheduling order if
appropraite following motion to dismiss.  Motion hearing scheduled for September 29, 2020 at
02:00 pm.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 06-04-2020 | Party dismissed for EBIX, INC. | Domina, William J. | | |

**Additional text:**

EBIX dismissed per order signed 6/2/20

| | | | | |
|------|-------|----------------|----------------|--------|
| 06-02-2020 | Order | Domina, William J. | | |

**Additional text:**

Order Granting Final Approval of a Settlement Class and Directing Payments and Awards. Signed by Judge William J. Domina on 6/2/2020.

| | | | | |
|------|-------|----------------|----------------|--------|
| 06-01-2020 | Notice of hearing | | | |

**Additional text:**

Status conference on July 13, 2020 at 11:00 am.

| | | | | |
|------|-------|----------------|----------------|--------|
| 06-01-2020 | Video conferencing | Domina, William J. | | |

**Additional text:**

Attorney Jennifer Geller Baumann appeared by Zoom video means for Defendant EBIX, INC.. Attorney Scott C Borison appeared by Zoom video means for Plaintiff THOMAS FOTUSKY. Attorney John Craig Jones appeared by Zoom video means for Plaintiff THOMAS FOTUSKY. Attorney Robert J Welcenbach appeared by Zoom video means for Plaintiff THOMAS FOTUSKY.  Attorney Terry E. Johnson appeared by Zoom video means for Defendant PROHEALTH CARE, INC..

| | | | | |
|------|-------|----------------|----------------|--------|
| 06-01-2020 | Status conference | Domina, William J. | | |

**Additional text:**

Matter held via zoom, not held on the record, the following appeared: Attorney Jennifer Geller Baumann appeared by Zoom video means for Defendant EBIX, INC.. Attorney Scott C Borison appeared by Zoom video means for Plaintiff THOMAS FOTUSKY. Attorney John Craig Jones appeared by Zoom video means for Plaintiff THOMAS FOTUSKY. Attorney Robert J Welcenbach appeared by Zoom video means for Plaintiff THOMAS FOTUSKY.  Attorney Terry E. Johnson appeared by Zoom video means for Defendant PROHEALTH CARE, INC..

Parties agree to the proposed petition and order.  Court approves the limited order, pro health care remains open.  Update provided by Atty. Johnson.

 Status conference scheduled for July 13, 2020 at 11:00 am.

| | | | | |
|------|-------|----------------|----------------|--------|
| 05-26-2020 | Proposed Order | | | |

**Additional text:**

Proposed Order Granting Final Approval of Settlement Class and Directing Payments and Awards, filed by Attorney Robert Welcenbach.

| | | | | |
|------|-------|----------------|----------------|--------|
| 05-26-2020 | Petition | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Plaintiff's Petition to Finally Approve a Settlement Class Under Wis. Stat. 803.08, filed by Attorney Robert Welcenbach.

05-26-2020　Other papers

**Additional text:**

Declaration of American Legal Claim Services, LLC Regarding Due Diligence in Notice Dissemination, filed by Attorney Robert Welcenbach.

05-26-2020　Letters/correspondence

**Additional text:**

Dated May 26, 2020 in re: enclosing documents for filing, filed by Attorney Robert Welcenbach.

03-10-2020　Order　　　　　　　　　　Domina, William J.

**Additional text:**

Order Granting Plaintiff's Consent Motion for Preliminary Approval of a Settlement Class and Directing Notice to be Given.  Signed by Judge William J. Domina on 3/10/2020.

02-28-2020　Request

**Additional text:**

Request for additional copies by Reinhart Boerner Van Deuren S.C.
Copies prepared, paid for and faxed on 2/28/2020.

02-26-2020　Request

**Additional text:**

Request for various copies by Reinhart Boerner Van Deuren S.C.
Copies prepared, paid for and faxed on 2/28/2020.

02-25-2020　Proposed Order

**Additional text:**

Proposed Order Granting Plaintiff's Consent Motion for Preliminary Approval of a Settlement Class and Directing Notice to be Given; filed by Atty Robert Welcenbach.

02-25-2020　Letters/correspondence

**Additional text:**

dated 2/25/2020, from Atty Robert Welcenbach, re: proposed Order approving the EBIX settlement.

02-11-2020　Proposed Order Declined

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Proposed Order Granting Plaintiff's Consent Motion for Preliminary Approval of a Settlement Class and Directing Notice to Be Given.

Reason Declined:  Order should address the status of EBIX given the agreement reached to settle between plaintiff and this defendant.

02-06-2020    Proposed Order

**Additional text:**

Proposed Order Granting Plaintiff's Consent Motion for Preliminary Approval of a Settlement Class and Directing Notice to Be Given; filed by Atty Robert Welcenbach.

02-06-2020    Letters/correspondence

**Additional text:**

dated 2/6/2020, from Atty Robert Welcenbach, re: proposed Order.

02-05-2020    Proposed Order Declined

**Additional text:**

Proposed Order Granting Plaintiff's Consent Motion for Preliminary Approval of a Settlement Class and Directing Notice to be Given.

Reason Declined:  Plaintiff to resubmit based upon Court direction on the record and in WORD format.

02-05-2020    Notice of hearing

**Additional text:**

Status conference on June 1, 2020 at 02:30 pm.

02-05-2020    Status conference                     Domina, William J.       Thies, Deidre

**Additional text:**

09:32 AM Attorney Jennifer Geller Baumann in court for Defendant EBIX, INC.. Attorney Terry E. Johnson in court for Defendant PROHEALTH CARE, INC.. Attorney Robert J Welcenbach in court for Plaintiff THOMAS FOTUSKY. Attorney John Craig Jones appeared by phone means for Plaintiff THOMAS FOTUSKY.

Update provided by Atty. Welcenbach.  Atty. Welcenbach believes the EBIX matter has settled. Update provided by Atty. Johnson.  Update provided by Atty. Welcenbach regarding settlement class.  Update provided by Atty. Johnson.  Court clarifies that the proposed order will dismiss EBIX from the case.  Court edits the proposed order.  Court notes order is in PDF and cannot edit--court directs PL to resubmit order re: EBIX.  Court rejects proposed order.

Court schedules the matter re: analysis of prohealth.

Atty. Jones to call in provided call in information.  Status conference scheduled for June 1, 2020 at 02:30 pm.

02-04-2020    Letters/correspondence

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

dated 2/4/2020, from Atty Jennifer Baumann, requesting to appear by phone at the 2/4/2020 Status Conference.

02-04-2020   Letters/correspondence

**Additional text:**

dated 2/4/2020, from Atty J. Craig Jones, requesting to appear by phone at the 2/5/2020 Status Conference.

** Approved.

12-19-2019   Notice of hearing

**Additional text:**

Status conference on February 5, 2020 at 09:30 am.

12-19-2019   Scheduling conference          Domina, William J.

**Additional text:**

Matter not held on the record, the following appeared: Attorney Jennifer Geller Baumann in court for Defendant EBIX, INC.. Attorney Scott C Borison in court for Plaintiff THOMAS FOTUSKY. Attorney Terry E. Johnson in court for Defendant PROHEALTH CARE, INC.. Attorney Robert J Welcenbach in court for Plaintiff THOMAS FOTUSKY. Attorney John Craig Jones appeared by phone means for Plaintiff THOMAS FOTUSKY.

Atty. Borison notes the issues with prohealth are what remains outstanding.  Update provided by Atty. Johnson.  Court breaks to allow parties to speak.
Parties re-enter the courtroom.  Update provided by Atty. Borison regarding settlement with EBIX and remaining claims with Prohealth.  Update provided by Atty. Johnson.  Court schedules the matter for status.  Court will hold proposed order until status date unless counsel request order be signed sooner.  EBIX remains on the case at this time.  Status conference scheduled for February 5, 2020 at 09:30 am.

12-18-2019   Letters/correspondence

**Additional text:**

dated 12/18/2019, from Atty J. Craig Jones, requesting to appear by phone at the 12/19/2019 Scheduling Conference.

** Approved.

12-18-2019   Notice of hearing

**Additional text:**

Scheduling conference on December 19, 2019 at 11:00 am.

12-16-2019   Proposed Order

| Date | Event | Court official | Court reporter | Amount |
|------|-------|---------------|----------------|--------|
| | **Additional text:** | | | |
| | Proposed Order Granting Plaintiff's Consent Motion for Preliminary Approval of a Settlement Class and Directing Notice to be given, filed by Atty. Borison | | | |
| 12-16-2019 | Notice of motion, motion | | | |
| | **Additional text:** | | | |
| | Plaintiff's Notice and Consent Motion to Certify a Settlement Class Against Defendant Ebix, Inc. Only Under Wis. Stat. 803.08(9), filed by Atty. Borison | | | |
| 12-16-2019 | Letters/correspondence | | | |
| | **Additional text:** | | | |
| | Letter dated 12/16/2019, filed by Atty. borison Re: Consent Motion to Certify a Settlement Class | | | |
| 12-16-2019 | Exhibit | | | |
| 11-06-2019 | Order pro hac vice | Domina, William J. | | |
| | **Additional text:** | | | |
| | Order Granting Motion for Appearance Pro Hac Vice of Craig Hill.  Signed by Judge William J. Domina on 11/5/2019. | | | |
| 11-01-2019 | Prop. order pro hac vice | | | |
| | **Additional text:** | | | |
| | Proposed Order Granting Appearance Pro Hac Vice of Craig Hill, filed by Atty. Welcenbach | | | |
| 11-01-2019 | Affidavit | | | |
| | **Additional text:** | | | |
| | Affidavit of Robert J. Welcenbach, filed by Atty. Welcenbach | | | |
| 11-01-2019 | Notice of motion | | | |
| | **Additional text:** | | | |
| | Notice of Motion and Motion for Appearance Pro Hac Vice of Craig Hill, filed by Atty. Welcenbach | | | |
| 11-01-2019 | Letters/correspondence | | | |
| | **Additional text:** | | | |
| | Letter dated 10/31/2019, filed by Atty. Welcenbach re: Pro Hac Vice filings | | | |
| 09-19-2019 | Notice of hearing | | | |
| | **Additional text:** | | | |
| | Motion hearing on December 19, 2019 at 11:00 am. | | | |
| 08-27-2019 | Letters/correspondence | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

dated 8/27/2019, from Atty Robert Welcenbach, re: status of case and requesting the Court reset the hearing on the Motion to Dismiss.

06-24-2019   Letters/correspondence

**Additional text:**

Dated 6/24/19, filed by atty. Johnson requesting to adjourn motion hearing

**Adjournment approved as per Judge Domina

**all parties notified 6/24/19

06-18-2019   Letters/correspondence

**Additional text:**

dated 6/18/2019, from Atty Robert Welcenbach, re: partial settlement.

04-19-2019   Notice of hearing                    Dorow, Jennifer R        Baumeister, Cindy

**Additional text:**

Motion hearing on June 25, 2019 at 03:00 pm.

Scheduling conference on June 25, 2019 at 03:00 pm.

04-18-2019   Response/reply

**Additional text:**

Defendant ProHealth Care, Inc.'s Reply Brief in Support of Its Motion to Dismiss; filed by Atty Terry Johnson.

04-05-2019   Brief of plaintiff

**Additional text:**

in Opposition to ProHealth Care Inc.'s Amended Motion to Dismiss; filed by Atty Robert J. Welcenbach.

04-05-2019   Affidavit

**Additional text:**

of Robert J. Welcenbach Dated April 5, 2019, with Exhibits A-I.

04-05-2019   Letters/correspondence

**Additional text:**

dated 4/5/2019, from Atty Robert Welcenbach, re: Plaintiff's Brief Opposing ProHealth Care's Motion to Dismiss with supporting documents.

03-12-2019   Notice of hearing

**Additional text:**

Motion hearing on May 23, 2019 at 01:30 pm.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 03-12-2019 | Status conference | Domina, William J. | Seymour, Meredith A | |

**Additional text:**

09:00 AM  Matter called for a status conference with the following appearances: Attorney Jennifer Geller Baumann in court for Defendant EBIX, INC.. Attorney Kevin Featherston in Court for Attorney Terry E. Johnson and for Defendant PROHEALTH CARE, INC.. Attorney Robert J Welcenbach in court for Plaintiff THOMAS FOTUSKY.

Court reviews the filings on the record.
Update provided by Atty. Feartherston.  Update provided by Atty. Welcenbach.  Atty. Featherston updates the Court as to Motion to Dismiss.  Court will take up DE MO to Dismiss first.
PL to submit response to DE motion to dismiss along with any additional information by April 5, 2019.  Any reply or response to PL additional information to be submitted by April 19, 2019.  Motion hearing set for May 23, 2019.
Court will take up PL motion to strike and defendants additional motion on May 23, 2019
Atty. Baumann notes she has not taken a position based on the current filings--may respond if any amendments are made.  Motion hearing scheduled for May 23, 2019 at 01:30 pm.

| 03-11-2019 | Amended | | | |

**Additional text:**

Defendant ProHealth Care, Inc.'s Amended Notice of Motion and Motion to Dismiss; filed by Atty Terry Johnson.

| 03-11-2019 | Amended | | | |

**Additional text:**

Defendant ProHealth Care Inc.'s Amended Brief in Support of Its Motion to Dismiss; filed by Atty Terry Johnson.

| 03-11-2019 | Other papers | | | |

**Additional text:**

Non-Wisconsin Authorities; filed by Atty Terry Johnson.

| 02-27-2019 | Notice of hearing | | | |

**Additional text:**

Status conference on March 12, 2019 at 09:00 am.

| 02-26-2019 | Letters/correspondence | | | |

**Additional text:**

dated 2/26/2019, from Atty Jennifer Baumann in response to Atty Welcenbach's letter concerning the 3/12/2019 hearing.
** Reviewed 2/26/2019.

| 02-25-2019 | Letters/correspondence | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |

dated 2/25/2019, from Atty Terry Johnson, in response to Atty Welcenbach's letter.

\*\* Reviewed 2/25/2019, per Judge Domina:  Convert 3/12/2019 hearing to Status Conference. Motions will be scheduled on that date.

| | | | | |
|------|-------|----------------|----------------|--------|
| 02-25-2019 | Letters/correspondence | | | |
| | **Additional text:** | | | |

dated 2/24/2019, from Atty Robert Welcenbach, re: pending Motions set before the Court, with Exhibits A-C.

\*\* Reviewed 2/25/2019, case to remain scheduled for Motion Hearing/Scheduling Conference on 3/12/2019.

| | | | | |
|------|-------|----------------|----------------|--------|
| 02-22-2019 | Letters/correspondence | | | |
| | **Additional text:** | | | |

dated 2/22/2019, from Atty Terry Johnson, re: request to withdraw Motion to Dismiss as currently filed with the intention to refile and request to reschedule the 3/12/2019 Motion Hearing.

\*\* Reviewed 2/25/2019, per Judge Domina:  Request to reschedule 3/12/2019 Motion Hearing is denied.

| | | | | |
|------|-------|----------------|----------------|--------|
| 02-21-2019 | Notice of hearing | Dorow, Jennifer R | Baumeister, Cindy | |
| | **Additional text:** | | | |

Scheduling conference on March 12, 2019 at 09:00 am.

Motion hearing on March 12, 2019 at 09:00 am.

\*\* Notice of Hearing redistributed due to case being reassigned to Judge Domina.

| | | | | |
|------|-------|----------------|----------------|--------|
| 02-20-2019 | Notice of assignment of judge | Ramirez, Ralph M. | | |
| 02-20-2019 | Order assigning judge/judicial assignment order | Domina, William J. | | |
| 02-18-2019 | Application for specific judicial assign approved | Ramirez, Ralph M. | | |
| 02-01-2019 | Judicial transfer | Ramirez, Ralph M. | | |
| 12-17-2018 | Notice of hearing | Dorow, Jennifer R | Szeklinski, Nancy | |
| | **Additional text:** | | | |

Scheduling conference on March 12, 2019 at 09:00 am.

Motion hearing on March 12, 2019 at 09:00 am.

| | | | | |
|------|-------|----------------|----------------|--------|
| 12-17-2018 | Hearing | O'Brien, Sarah | Szeklinski, Nancy | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

09:24 AM Case not called on the record.  Attorney Robert J Welcenbach in court for Plaintiff THOMAS FOTUSKY. Attorney Jennifer Geller Baumann in court for Defendant EBIX, INC.. Attorney Terry E. Johnson appeared by phone means for Defendant PROHEALTH CARE, INC.. Attorney Scott C Borison appeared by phone means for Plaintiff THOMAS FOTUSKY. ProHealthcare motion to dismiss.  Ebix motion for summary judgment has been withdrawn. Plaintiff motion to strike affirmative defenses of Ebix.  Prohealthcare motion re: improper joinder of plaintiff's claims  Motion hearing scheduled for March 12, 2019 at 09:00 am.  Scheduling conference scheduled for March 12, 2019 at 09:00 am.

12-14-2018   Letters/correspondence

**Additional text:**

Letter from Attorney Jones, dated December 14, 2018, requesting to appear by phone for the December 17, 2018 Scheduling Conference.
** Reviewed by Judge Dorow December 14, 2018. Court grants request. **

11-08-2018   Letters/correspondence

**Additional text:**

Letter from Attorney Johnson, dated November 8, 2018, requesting to appear by phone for the December 17, 2018 Scheduling Conference.
** Reviewed by Judge Dorow November 13, 2018. Court grants request. Clerk to provide Court Call-in number to Attorney Johnson via email. **

11-06-2018   Notice of hearing

**Additional text:**

Scheduling conference on December 17, 2018 at 09:00 am.

11-02-2018   Receipt                                                                          $75.00

**Additional text:**

18R 052253

10-10-2018   Certificate of transmittal

**Additional text:**

Change of Venue - case originated in Milwaukee County.
Received event COTE from Milwaukee County for case #2018CV000832
Document(s) associated with source event: Certificate of Transmittal.
Case file received from Milwaukee County for case #2018CV000832 containing records dating from 01-30-2018 through 10-10-2018.

10-10-2018   Order                              Rothstein-25,
                                                Stephanie

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Signed and filed 08/06/18  MWJ

Event type was converted from OCV to OR.

Received event OR from Milwaukee County for case #2018CV000832

10-10-2018   Letters/correspondence

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Letter from Attorney Robert Welcenbach regarding the plaintiff has agreed to pay the full filing fee. Checks enclosed.  MWJ

Received event LETC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Letters/correspondence.

09-10-2018   Notes

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Received change of venue checks from Attorney Welcenbach. Still waiting for change of venue checks from Attorney Johnson and  Attorney Baumann.  MWJ

Received event NOTES from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notes.

09-07-2018   Notes

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Missing transmittal fees needed to change venue. Venue will not be changed until fees are received.  MWJ

Received event NOTES from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notes.

09-06-2018   Order                         Rothstein-25,
                                           Stephanie

**Additional text:**

Change of Venue - case originated in Milwaukee County.

for Change of Venue, signed and filed.  kn

Received event OR from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Order for Change of Venue.

09-06-2018   Motion hearing                Rothstein-25,
                                           Stephanie

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |

Change of Venue - case originated in Milwaukee County.

Attorney Robert Welcenbach in court for Plaintiff Thomas Fotusky.

Attorney Jennifer Geller Baumann in court for Defendant EBIX, Inc.

Attorney Terry E. Johnson in court for Defendant ProHealth Care, Inc.

ProHealth Care, Inc.'s motion for change of venue heard. For reasons stated on the record, the Court grants ProHealth Care, Inc.'s motion.

Received event MH from Milwaukee County for case #2018CV000832

| 08-15-2018 | Letters/correspondence | Rothstein-25, Stephanie | | |
| | **Additional text:** | | | |

Change of Venue - case originated in Milwaukee County.

from Attorney Johnson dated 8-15-2018 filed.

jad

Received event LETC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Ltr to Judge Rothstein re motions.

| 08-14-2018 | Proposed Order Declined | Rothstein-25, Stephanie | | |
| | **Additional text:** | | | |

Change of Venue - case originated in Milwaukee County.

Received event PODEC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Declined Proposed Order - Proposed Order to Stay.

| 08-14-2018 | Notice of hearing | Rothstein-25, Stephanie | | |
| | **Additional text:** | | | |

Change of Venue - case originated in Milwaukee County.

Court is not in session on September 20, 2018 at 02:00 pm.

jad

Received event NOH from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notice of Hearing.

| 08-09-2018 | Letters/correspondence | | | |
| | **Additional text:** | | | |

Change of Venue - case originated in Milwaukee County.

Received event LETC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Letter to Court re: Withdraw Ebix Motion for Summary Judgment.

| 08-07-2018 | Letters/correspondence | Rothstein-25, Stephanie | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Change of Venue - case originated in Milwaukee County.
cover letter filed.
Received event LETC from Milwaukee County for case #2018CV000832
Document(s) associated with source event: Letter re Motion to Stay.

| | | | | |
|------|-------|----------------|----------------|--------|
| 08-07-2018 | Proposed Order | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
to Stay received.
Received event PORDR from Milwaukee County for case #2018CV000832
Document(s) associated with source event: Proposed Order - Proposed Order to Stay.

| | | | | |
|------|-------|----------------|----------------|--------|
| 08-07-2018 | Exhibit | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
1 filed.
Received event EX from Milwaukee County for case #2018CV000832
Document(s) associated with source event: Ex. 1 to Aff of Robert Welcenbach.

| | | | | |
|------|-------|----------------|----------------|--------|
| 08-07-2018 | Motion | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
to Stay Summary Judgment Motion filed.
Received event MO from Milwaukee County for case #2018CV000832
Document(s) associated with source event: Motion to Stay Summary Judgment Motion.

| | | | | |
|------|-------|----------------|----------------|--------|
| 08-07-2018 | Affidavit | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
of Robert Welcenbach filed.
Received event AF from Milwaukee County for case #2018CV000832
Document(s) associated with source event: affidavit of Robert Welcenbach.

| | | | | |
|------|-------|----------------|----------------|--------|
| 07-27-2018 | Notice of motion, motion | Rothstein-25, Stephanie | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Filed, Ebix, Inc.'s Notice of Motion and Motion for Summary Judgment.

jad

Received event NMM from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Ebix, Inc's Notice of Motion and Motion for Summary Judgment.

| | | | | |
|------|-------|----------------|----------------|--------|
| 07-27-2018 | Affidavit | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

of Brian Nelson filed.

jad

Received event AF from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Affidavit of Brian Nelson.

| | | | | |
|------|-------|----------------|----------------|--------|
| 07-27-2018 | Brief in support of motion | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Filed, Defendant Ebix, Inc.'s Brief in Support of Motion for Summary Judgment.

jad

Received event BISM from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Defendant Ebix, Inc's Brief in Support of Motion for Summary Judgment.

| | | | | |
|------|-------|----------------|----------------|--------|
| 07-27-2018 | Letters/correspondence | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

from Attorney Baumann dated 7-27-2018 filed.

jad

Received event LETC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Letter to Court re: Motion for Summary Judgment.

| | | | | |
|------|-------|----------------|----------------|--------|
| 07-19-2018 | Notes | Rothstein-25, Stephanie | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Attorney Welcenbach, Attorney Baumann and Stacy from Attorney Johnson's office on conference call to reschedule 8-1-2018 date at the courts request.  Case adjourned to 9-6-2018 at 9:30 a.m. for Motion for Change of Venue and to 9-20-1018 at 2:00 p.m. for Motion to Dismiss in Branch 25.

jad

Received event NOTES from Milwaukee County for case #2018CV000832

| 07-17-2018 | Notice of hearing | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Motion hearing on August 1, 2018 at 11:00 am.

Received event NOH from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notice of Hearing.

| 07-17-2018 | Notes | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Court is not in session 8-1-2018.  Notice sent to reschedule.

jad

Received event NOTES from Milwaukee County for case #2018CV000832

| 07-13-2018 | Letters/correspondence | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

from Attorney Baumann dated 7-13-2018 filed.

jad

Received event LETC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Letter to Court re: No Objection to Motion for Change of Venue.

| 06-28-2018 | Scheduling conference | Rothstein-25, Stephanie | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Plaintiff in Court by Attorney Robert Welcenbach.

Defendant, Ebix, in Court by Attorney Jennifer Baumann and Lora LoCoco.

Defendant, Prohealth Care, in court by Attorney Kevin Fetherston for Terry Johnson.

Scheduling Conference held.  Action set for Motion to Change Venue on 8-1-2018 at 11:00 a.m

and for Motions to Dismiss/Misjoinder/to Strike on 9-6-2018 at 9:30 a.m. in Branch 25.

jad

Received event SC from Milwaukee County for case #2018CV000832

| | | | | |
|------|-------|----------------|----------------|--------|
| 06-26-2018 | Notice of hearing | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Scheduling conference on June 28, 2018 at 09:30 am.

Received event NOH from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notice of Hearing.

| | | | | |
|------|-------|----------------|----------------|--------|
| 06-20-2018 | Scheduling data sheet | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

submitted by Attorney Welcenbach filed.

jad

Received event SDS from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Plaintiff's Scheduling Conf Data Sheet.

| | | | | |
|------|-------|----------------|----------------|--------|
| 06-18-2018 | Scheduling data sheet | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

submitted by Attorney Baumann filed.

ja

Received event SDS from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Ebix, Inc.'s Scheduling Conference Data Sheet.

| | | | | |
|------|-------|----------------|----------------|--------|
| 05-25-2018 | Scheduling data sheet | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

submitted by Attorney Johnson filed.

jad

Received event SDS from Milwaukee County for case #2018CV000832

Document(s) associated with source event: ProHealth Care's Scheduling Conference Data Sheet.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 05-25-2018 | Brief in support of motion | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
Filed, Defendant Prohealth Care, Inc.'s Reply Brief in Support of Its Motion to Dismiss.
jad
Received event BISM from Milwaukee County for case #2018CV000832
Document(s) associated with source event: ProHealth Care's Reply Brief in Support of its Motion to Dismiss.

| | | | | |
|------|-------|----------------|----------------|--------|
| 05-23-2018 | Notice of hearing | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
Scheduling conference on June 28, 2018 at 09:00 am.
Received event NOH from Milwaukee County for case #2018CV000832
Document(s) associated with source event: Notice of Hearing.

| | | | | |
|------|-------|----------------|----------------|--------|
| 05-23-2018 | Notice mailed | Rothstein-25, Stephanie | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
No appearances.  Action set for Scheduling Conference on 6-28-2018 at 9:30 a.m. in Branch 25.
Notices sent this date.
jad

Received event NML from Milwaukee County for case #2018CV000832

| | | | | |
|------|-------|----------------|----------------|--------|
| 05-22-2018 | Notice of hearing | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
Reassignment of Judge: CASE TRANSFERRED TO JUDGE STEPHANIE ROTHSTEIN, BRANCH 25.
Received event NOH from Milwaukee County for case #2018CV000832
Document(s) associated with source event: Notice of Hearing.

| | | | | |
|------|-------|----------------|----------------|--------|
| 05-22-2018 | Notes | Rothstein-25, Stephanie | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Change of Venue - case originated in Milwaukee County.

The above-entitled case has been transferred to Judge Rothstein for disposition due to the substitution/disqualification of Judge Fiorenza. Any papers filed after the date of this Notice must be filed with the clerk of the newly assigned Judge.

Event type was converted from JUTR to NOTES.

Received event NOTES from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Judicial transfer.

| 05-21-2018 | Response/reply | Fiorenza-03, Clare L. | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Defendant, Ebix, Inc.'s Response to Plaintiff's Motion to Strike Affirmative Defenses, received and filed. aw

Received event RR from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Defendant, Ebix, Inc.'s Response to Plaintiff's Motion to Strike Affirmative Defenses.

| 05-17-2018 | Request for substitution | Fiorenza-03, Clare L. | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Of Judge, received and filed. Case to be transferred to the Chief Judge's office for reassignment after review from this court. aw

Received event RFS from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Request for Substitution of Judge.

| 05-16-2018 | Exhibit | Fiorenza-03, Clare L. | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Exhibit B, received and filed. aw

Received event EX from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Welcenbach Affidavit Ex. B.

| 05-16-2018 | Exhibit | Fiorenza-03, Clare L. | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Exhibit A, received and filed. aw

Received event EX from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Welcenbach Affidavit Ex. A.

| 05-16-2018 | Brief of plaintiff | Fiorenza-03, Clare L. | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Change of Venue - case originated in Milwaukee County.

In opposition to Prohealth Care INc.'s motion alleging improper joinder, received and filed.  aw

Received event PB from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Plaintiff's Brief re Joinder.

05-16-2018    Affidavit                              Fiorenza-03, Clare L.

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Of Robert J. Welcenbach dated 5/16/2018, received and filed.  aw

Received event AF from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Welcenbach Affidavit of 5-16-18.

05-16-2018    Letters/correspondence                 Fiorenza-03, Clare L.

**Additional text:**

Change of Venue - case originated in Milwaukee County.

From Attorney Welcenbach, received and filed.  aw

Received event LETC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Letter re Plaintiff's Brief re Joinder.

05-15-2018    Notice of hearing

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Reassignment of Judge: CASE TRANSFERRED TO JUDGE CLARE FIORENZA, BRANCH 3.

Received event NOH from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notice of Hearing.

05-15-2018    Notes                                  Fiorenza-03, Clare L.

**Additional text:**

Change of Venue - case originated in Milwaukee County.

The above-entitled case has been transferred to Judge Fiorenza for disposition due to the

substitution/disqualification of INCOMING JUDGE JEFFREY A. CONEN.  Any papers filed after

the date of this Notice must be filed with the clerk of the newly assigned Judge.

Event type was converted from JUTR to NOTES.

Received event NOTES from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Judicial transfer.

05-15-2018    Notice

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Based on substitution of Judge Conen, all currently scheduled court dates vacated

Received event NOT from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notice of Hearing.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 05-14-2018 | Affidavit | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Affidavit of Robert Welcenbach

Received event AF from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Affidavit reBrief Opposing Motion to Change Venue.

| 05-14-2018 | Objection to motion | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

(PL) Brief Opposing Motion to Change Venue

Received event OTM from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Brief Opposing Motion to Change Venue.

| 05-14-2018 | Letters/correspondence | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

cover letter

Received event LETC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Letter re Brief Opposing Motion to Change Venue.

| 05-14-2018 | Affidavit | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Affidavit of Robert Welcenbach

Received event AF from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Affidavit ISO Brief Opposing Motion to Dismiss.

| 05-14-2018 | Objection to motion | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

(PL) Brief Opposing Motion to Dismiss

Received event OTM from Milwaukee County for case #2018CV000832

Document(s) associated with source event: PL Brief Opposing Motion to Dismiss.

| 05-14-2018 | Letters/correspondence | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

cover letter

Received event LETC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Letter re Brief Opposing Motion to Dismiss.

| 05-08-2018 | Notice | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Reassignment and Exchange for incoming Judge Jeffrey Conen, signed and forwarded for process.  kmw

Received event NOT from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Reassignment and Exchange.

05-07-2018   Request for substitution

**Additional text:**

Change of Venue - case originated in Milwaukee County.

filed by plainitff

Received event RFS from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Request for Substitution - Fotusky.

05-07-2018   Letters/correspondence

**Additional text:**

Change of Venue - case originated in Milwaukee County.

cover letter

Received event LETC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Letter to Clerk of Circuit Court - Request for Substitution - Fotusky.

05-02-2018   Notice of assignment of judge             Barrett, John

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Received event NASJ from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notice of Assignment of Judge.

05-02-2018   Notice of assignment of judge

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Effective August 4, 2018, this case is assigned to the Honorable Judge Jeffrey A Conen, Br 30, room 402

Received event NASJ from Milwaukee County for case #2018CV000832

05-01-2018   Notes

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Effective August 4, 2018, this case is assigned to the Honorable Judge Jeffrey A Conen, Br 30, room 402

Received event NOTES from Milwaukee County for case #2018CV000832

04-02-2018   Brief in support of motion

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Change of Venue - case originated in Milwaukee County.

to Strike

Received event BISM from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Brief in support of Motion to Strike.

04-02-2018    Notice of motion, motion

**Additional text:**

Change of Venue - case originated in Milwaukee County.

(PL) Motion to Strike

*******

5/29/18, 2pm

Received event NMM from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Motion to Strike.

04-02-2018    Letters/correspondence

**Additional text:**

Change of Venue - case originated in Milwaukee County.

cover lettre

Received event LETC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Letter re Motion to Strike.

03-30-2018    Letters/correspondence

**Additional text:**

Change of Venue - case originated in Milwaukee County.

cover letter for motions

Received event LETC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Letter to Judge Yamahiro re Motions filed.

03-30-2018    Brief in support of motion

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Dismiss

Received event BISM from Milwaukee County for case #2018CV000832

Document(s) associated with source event: ProHealth Brief in Support of its Motion to Dismiss.

03-30-2018    Notice of motion, motion

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Change of Venue - case originated in Milwaukee County.

(DE) ProHealth Motion to Dismiss

********

5/29/18, 2pm

Received event NMM from Milwaukee County for case #2018CV000832

Document(s) associated with source event: ProHealth Motion to Dismiss.

03-30-2018    Brief in support of motion

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Improper Joinder

Received event BISM from Milwaukee County for case #2018CV000832

Document(s) associated with source event: ProHealth Care's Brief in Support of Motion re Improper Joinder of Parties and Claims.

03-30-2018    Notice of motion, motion

**Additional text:**

Change of Venue - case originated in Milwaukee County.

(DE) ProHealth Motion re Improper Joinder

********

5/29/18, 2pm

Received event NMM from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notice of Motion and Motion re Improper Joinder of Parties and Claims.

03-30-2018    Affidavit in support of motion

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Change Venue

Received event ASM from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Affidavit in Support of Motion for Change of Venue.

03-30-2018    Brief in support of motion

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Change Venue

Received event BISM from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Brief in Support of Motion for Change of Venue.

03-30-2018    Notice of motion, motion

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Change of Venue - case originated in Milwaukee County.

(DE) ProHealth Motion to Change Venue

********

5/29/18, 2pm

Received event NMM from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Pro Health Motion to Change Venue.

03-30-2018 eFiled Document Fee Paid $20.00

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Adjustment Number: 18A 045495, Payable Number: 685583, Receipt Number: 18RM036993,

Amount: $20.00

Received event EDFP from Milwaukee County for case #2018CV000832

03-30-2018 Notice of retainer

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Received event NOR from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notice of Retainer.

03-20-2018 Answer and affirmative defense

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Ebix Inc

Received event AAD from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Defendant, Ebix, Inc.'s Answer and Affirmative

Defenses.

03-20-2018 eFiled Document Fee Paid $20.00

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Adjustment Number: 18A 040655, Payable Number: 683135, Receipt Number: 18RM032335,

Amount: $20.00

Received event EDFP from Milwaukee County for case #2018CV000832

03-20-2018 Notice of retainer

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Received event NOR from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notice of Retainer.

03-20-2018 Electronic Notice Update

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Received event ENU from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Electronic Notice Status Change, Electronic Notice Status Change.

03-20-2018    eFiled Document Fee Paid                                             $20.00

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Adjustment Number: 18A 040651, Payable Number: 683132, Receipt Number: 18RM032331, Amount: $20.00

Received event EDFP from Milwaukee County for case #2018CV000832

03-20-2018    Notice of retainer

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Received event NOR from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notice of Retainer.

03-07-2018    Electronic Notice Update

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Received event ENU from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Electronic Notice Status Change.

03-07-2018    Notice of retainer

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Received event NOR from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notice of Retainer.

03-02-2018    Electronic Notice Update

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Received event ENU from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Electronic Notice Status Change.

03-02-2018    Notice of retainer

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Received event NOR from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Notice of Retainer.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 02-20-2018 | Affidavit of service | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
ProHealth
Received event AFS from Milwaukee County for case #2018CV000832
Document(s) associated with source event: Affidavit of Service 02.15.18 - PHC.

| | | | | |
|------|-------|----------------|----------------|--------|
| 02-19-2018 | Order pro hac vice | Yamahiro-34, Glenn H | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
Attorney Scott Borison and Attorney John Craig Jones
Received event OPHV from Milwaukee County for case #2018CV000832
Document(s) associated with source event: Order Pro Hac Vice _Jones and Borison.

| | | | | |
|------|-------|----------------|----------------|--------|
| 02-16-2018 | Prop. order pro hac vice | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
Received event POPHV from Milwaukee County for case #2018CV000832
Document(s) associated with source event: Proposed Order - Order Pro Hac Vice _Jones and Borison.

| | | | | |
|------|-------|----------------|----------------|--------|
| 02-16-2018 | Affidavit in support of motion | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
Received event ASM from Milwaukee County for case #2018CV000832
Document(s) associated with source event: Affidavit of Robert J. Welcenbach 02.16.18 - Pro Hac Vice.

| | | | | |
|------|-------|----------------|----------------|--------|
| 02-16-2018 | Affidavit of service | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
Received event AFS from Milwaukee County for case #2018CV000832
Document(s) associated with source event: Affidavit of Service - EBIX.

| | | | | |
|------|-------|----------------|----------------|--------|
| 02-16-2018 | Notice of motion, motion | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.
Pro Hac Vice Attorney Borrison and Attorney Jones
Received event NMM from Milwaukee County for case #2018CV000832
Document(s) associated with source event: Notice of Motion and Motion for Appearance Pro Hac Vice 02.16.18.

| | | | | |
|------|-------|----------------|----------------|--------|
| 02-16-2018 | Letters/correspondence | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Change of Venue - case originated in Milwaukee County.

cover letter

Received event LETC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Letter to Judge Yamahiro 02.16.18 - Pro Hac Vice.

| 01-30-2018 | Filing fee paid | | | $289.00 |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Adjustment Number: 18A 014312, Payable Number: 670766, Receipt Number: 18RM010373, Amount: $289.00

Received event FFP from Milwaukee County for case #2018CV000832

| 01-30-2018 | Case initiated by electronic filing | | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Received event CIEF from Milwaukee County for case #2018CV000832

| 01-30-2018 | Summons and complaint | Yamahiro-34, Glenn H | | |

**Additional text:**

Change of Venue - case originated in Milwaukee County.

Received event SAC from Milwaukee County for case #2018CV000832

Document(s) associated with source event: Summons and complaint, Electronic Filing Notice-1, Electronic Filing Notice-2.