# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

_____

| | | |
|---|---|---|
| DONNA SCHUTTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:21-cv-00204-LA |
| v. | ) | |
| | ) | |
| CIOX HEALTH, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING PETITION
## WITH THE SEVENTH CIRCUIT COURT OF APPEALS
## FOR PERMISSION TO APPEAL FROM ORDER OF REMAND
## PURSUANT TO 28 U.S.C. § 1453(C)

Plaintiff Donna Schutte submits this notice to inform the Court that on December 13, 2021, Plaintiff petitioned the United States Court of Appeals for the Seventh Circuit to accept an appeal of this Court's December 3, 2021, Decision and Order denying Plaintiff's motion to remand this action to Wisconsin state court. ECF No. 34.

Dated at Brookfield, Wisconsin this 13th day of December, 2021.

**CANNON & DUNPHY, S.C.**
Attorneys for Plaintiff

By:    *s/Brett A. Eckstein*
        Brett A. Eckstein
        State Bar No. 1036964
        Allan M. Foeckler
        State Bar No. 1031396
        Edward E. Robinson
        State Bar No. 01025122
        Jay McDivitt
        State Bar No. 1107939

**P.O. ADDRESS:**

595 North Barker Road
P.O. Box 1750
Brookfield, WI  53008-1750
Telephone:    (262) 796-3707
Facsimile:    (262) 796-3717