UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DONNA SCHUTTE,

    Plaintiff,

v.

    Case No: 2:21-cv-00204

CIOX HEALTH, LLC, et al.,

    Defendants.

## PLAINTIFF'S MOTION FOR CERTIFICATION AND ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)

### INTRODUCTION

Plaintiff Donna Schutte, by and through her attorneys Cannon & Dunphy, S.C., submits the following motion for certification and entry of final judgment pursuant to Fed. R. Civ. P. 54(b):

Plaintiff moves this Court, pursuant to Fed. R. Civ. P. 54(b), for certification and entry of a final judgment as to the dismissal of defendant Ciox Health, LLC, expressly stating that there is no just reason for delay. This motion is supported by Plaintiff's Memorandum of Law and supporting documentation filed herewith.

Dated at Brookfield, Wisconsin this 28th day of December, 2021.

    **CANNON & DUNPHY, S.C.**
    Attorneys for Plaintiff

By:    *s/Jay McDivitt*
       Jay McDivitt
       State Bar No. 1107939
       Brett A. Eckstein
       State Bar No. 1036964
       Allan M. Foeckler
       State Bar No. 1031396
       Edward E. Robinson
       State Bar No. 01025122

**P.O. ADDRESS:**
595 North Barker Road
P.O. Box 1750
Brookfield, WI 53008-1750
Telephone: (262) 796-3707
Facsimile: (262) 796-3717