# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DONNA SCHUTTE,

      Plaintiff,

v.

                                        Case No.: 21-CV-204

CIOX HEALTH, LLC,
ABC INSURANCE CO.,
PROHEALTH CARE, INC.,
and DEF INSURANCE CO.,

      Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that effective September 2, 2022, I will no longer be associated with Kirkland & Ellis LLP. Jay P. Lefkowitz and Gilad Bendheim from Kirkland & Ellis LLP will continue to represent Defendant Ciox Health, LLC.

Counsel for Ciox Health, LLC hereby request that the Clerk of Court remove the following email address from its ECF notice in this action: kelsey.davis@kirkland.com.

Dated this 31st day of August, 2022.

                                        KIRKLAND & ELLIS LLP
                                        Attorneys for Defendant Ciox Health, LLC

                                        s/Kelsey Davis
                                        Kelsey Davis
                                        601 Lexington Avenue
                                        New York, New York 10022
                                        Telephone: (212) 446-4800
                                        Facsimile: (212) 446-4900
                                        kelsey.davis@kirkland.com