UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DONNA SCHUTTE,

      Plaintiff,

v.                                        Case No. 21-C-0204

PROHEALTH CARE, INC.,

      Defendant.

---

## ORDER

On June 1, 2022, I granted the parties' stipulation to stay proceedings pending the Wisconsin Supreme Court's decision in *Banuelos v. University of Wisconsin Hospitals and Clinics Authority*. The Wisconsin Supreme Court has issued a decision, 2023 WI 25, and the parties have indicated that they would like to proceed.

Therefore, **IT IS ORDERED** that a telephonic scheduling conference will be held on **October 13, 2023,** at **11:00 a.m.** The court will initiate the call. The participation of the attorney who will be handling the case is required and their telephone number should be provided in the Rule 26(f) report. The parties should confer with each other and file a written report of their proposed discovery plan. The first paragraph of the joint Rule 26(f) report should state the date and time given above for the scheduling conference.

Dated at Milwaukee, Wisconsin, this 21st day of September, 2023.

                                                            s/Lynn Adelman\_\_\_
                                                            LYNN ADELMAN
                                                            District Judge