# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DONNA SCHUTTE,**
        **Plaintiffs,**

v.                                                Case No. 21-CV-204

**PROHEALTH CARE, INC.,**
        **Defendants.**

## ORDER FOLLOWING SCHEDULING CONFERENCE

On October 13, 2023, the court held a scheduling conference. The parties indicated that they anticipate an initial discovery dispute that will require briefing and decision by the court.

Therefore, **IT IS ORDERED** that:

1. The contemplated discovery request will be served by **October 18, 2023**.

2. If 30 days have passed with no response to the discovery request, a motion to compel may be filed with this court by **November 20, 2023**.

3. Any opposition briefs to the motion to compel shall be filed with this court by **December 4, 2023**.

4. Any reply briefs in support of the motion to compel shall be filed with this court by **December 11, 2023**.

5. Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L.R. 37, by including:

> a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the

date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

6. All discovery motions and non-dispositive pretrial motions must be filed pursuant to Civil L.R. 7(h), unless the court otherwise permits. The motion must not exceed three pages in length. No separate memorandum may be filed with the motion, and any supporting affidavit allowed by Civil L.R. 7(h) must not exceed two pages. An opposing memorandum, which must not exceed three pages in length, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

**SO ORDERED** at Milwaukee, Wisconsin, this 13th day of October, 2023.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge